# Exhibit 1



# AGENDA
# REGULAR CITY COUNCIL MEETING
# JULY 7, 2025 6:00 P.M.

CALL TO ORDER

PLEDGE OF ALLEGIANCE

ROLL CALL   Mayor John Wetzel; Councilmembers Tim Sapp, Steven Lensegrav, Geoff Hovivian, Zane Logan and Troy Bray – Vacant Ward II

APPROVAL OF
1. Agenda
2. June 16, 2025 minutes
3. Bills & Claims

MATTERS FROM THE PUBLIC
1. Request for Appeal Exotic Animal Denial – Venus Bontadelli – Code Section 6.04.030
2. Request for waiver of fees – 24-hour softball tournament fees – Ryan Brown, Celebrities for a Cause.
3.

MAYOR/COUNCIL MEMBERS
1. Committee Updates
2.
3.

LEGAL
1. Ordinance No. 6, 2025: An Ordinance to Amend Section 10.08.010 of the Powell City Code Pertaining to the Incorporation of the Uniform Act Regulating Traffic on Highways. Third Reading
2. Ordinance No. 7, 2025: An Ordinance to Amend Section 9.08.050 of the Powell City Code Pertaining to Disorderly Conduct.  Third Reading
3. Ordinance No. 8, 2025: An Ordinance to the Adoption of the Municipal Drug Paraphernalia Ordinance into Chapter 9, Section 8 of the Powell City Code.  Third Reading
4. Ordinance No. 9, 2025: An Ordinance to Repeal Section 9.12.040 of the Powell City Code Pertaining to Disturbing the Peace. Third reading
5. Ordinance No. 10, 2025: An Ordinance Pertaining to the Adoption of a Municipal Criminal Trespass Ordinance into Chapter 9, Section 16 of the Powell City Code. Third Reading
6. Ordinance No. 11, 2025: An Ordinance to Repeal Sections 10.28.010 and 10.32.010 of the Powell City Code Pertaining to the Adoption of Wyoming State Statutes on Seat Belts and Child Safety Restraints.  Second Reading

7. Ordinance No. 12, 2025: An Ordinance to Amend Section 5.08.110 of the Powell City Code Pertaining to Minors on Secured Patios In the City of Powell, Wyoming.  Second Reading
8. Ordinance No. 13, 2025: An Ordinance to Amend Section 5.08.250 of the Powell City Code Pertaining to Secured Patios Allowing for Permits for Alcohol to be Served Without a Commercial Kitchen.  Second Reading
9.

ADMINISTRATIVE
1. WYDOT Permit to Appraise Property – HWY 14A
2. Independent Fee Estimate contract for 2026 Runway Rehab project
3. Personnel Policy Updates Chapter III – 3.6; Chapter IV – 4.2
4. Tap Master Agreement
5.

GENERAL ANNOUNCEMENTS

ADJOURN

If you have questions, please contact the City Administrator by 9 a.m. prior to the meeting.

<u>Next Scheduled Meeting</u>

July 21, 2025



# Powell Police Department

*James H. Rhea, Chief of Police*

"In *Pursuit of Justice, Peace, and Order*"

**FROM:** James H. Rhea

**DATE:** June 13, 2025

**SUBJECT:** Wild Animal / Exotic Pet Application Declination: Response to Appeal Letter

Good afternoon,

On June 9, 2025, I received Mrs. Bontadelli's appeal letter, which describes her request for a City ordinance change to approve her Wild Animal / Exotic Pet Application. As I outlined in my letter on June 4, 2025, Powell City ordinance 6.04.010 (f) currently excludes 'goats' as 'household pets,' and Wyoming State Statute 11-22-101 (a)(ii) defines goats as 'livestock.' The specific language of these laws and regulations are clear and again listed below for your review:

1. Wyoming Statute *11-22-101 (a)(ii) Definitions*; *exceptions to provisions*

    (a) As used in this act:

    (i) "Board" means the Wyoming livestock board;

    (ii) **"Livestock" means horses, mules, cattle, swine, sheep and goats**. Bison are considered livestock unless otherwise designated by the board and the Wyoming game and fish commission;

2. Powell City Ordinance; *Sec. 6.04.010 (f). - Definitions.*
    a. **Household pet** means any trained or domesticated animal kept at a place of residence, **excluding horses, cows, sheep, goats,** pigs, animals of bovine genus, chickens, ducks, peacocks, turkeys, geese, fowl, rabbits, mink, chinchilla, snakes of over three feet in length or any venomous animal, venomous amphibian, venomous reptiles, venomous snakes, venomous lizards, venomous frogs and any such animals not ordinarily kept as household pets.

Section 6.04.030 (D) of the City Code describes the appeal process for a declined application from my Department, which has been attached for your reference. It is still my determination that a change to City ordinance would be necessary to approve Mrs. Bontadelli's Exotic Pet Application for her goat.

Sincerely,



Jim Rhea
Chief of Police
Powell Police Department
250 N Clark Street
Powell, WY 82435
(307) 754-2212

250 North Clark Street • Powell, Wyoming 82435
Ph (307) 754-2212 • Fax (307) 754-2214

Sec. 6.04.030. - Restrictions on animals within city limits; wild animals prohibited; exceptions.

- A. Except as otherwise provided for herein, it is unlawful for any person to be the owner or possessor of any wild animal or exotic pet within the corporate city limits, except that this section shall not apply to the keeping of household pets, small caged birds or aquatic, amphibian or non-poisonous reptilian animals, or such small rodents as hamsters, guinea pigs or gerbils solely as pets, within the limitations contained in the zoning ordinances of the city, nor shall it apply to the temporary housing of animals at the county fairgrounds or at the campus of Northwest College, or at Park County School District No. 1 High School facility, during exhibitions, demonstrations, classes and educational and recreational activities for which animals are required, nor shall this section apply to any private or governmental research laboratories, the city animal shelter or the temporary housing of animals for treatment at veterinary clinics located within the city, nor shall this section apply to the keeping and slaughtering of animals at an approved commercial slaughter house pursuant to and in accordance with section 6.04.080 of the Powell City Code.
- B. The keeping of any animal in violation of this section, or keeping of any animal under the exceptions hereto, in such a manner as to create unsanitary, unhealthy or malodorous conditions is declared to be a nuisance.
- C. The city may authorize in writing, the possession of specific wild or exotic animals to be kept within the corporate city limits, provided said wild or exotic animals are nonvenomous, subject to the following provisions:
    1. A wild animal/exotic pet request form, provided by the city clerk, must be completed and submitted to the city police department. A separate form shall be submitted for each species.
    2. At the time that the wild animal/exotic pet form is submitted to the police department, the applicant must attach a current copy of the importation/possession permit issued by the state game and fish department or any and all other permits or other documentation required pursuant to any applicable local, state or federal law, rule or other regulation, for each and every subject animal, if applicable.
    3. Within 30 days following the submission of the completed wild animal/exotic pet request form to the police department, the chief of police or his designee shall issue a written determination either approving or disapproving the request. the police department may issue a conditional approval subject to reasonable conditions or requirements being agreed to and/or met by the applicant. The written determination shall be mailed to the applicant at the address as set forth on the request form.
    4. Any approval allowing for the possession of any wild animal/exotic pet shall be site specific allowing for the possession of any such animal only at the address set forth on the wild animal/exotic pet request form. Any change in the owner's address shall require the owner to

reapply for permission to possess the subject specific wild/exotic animal by completing and submitting to the city an additional request form.

- D. Any appeal from the chief of police or his designee's determination shall be made in writing to the city council. The appellant must provide written notice of his appeal to the council and the chief of police within ten days after the chief of police or his designee issues the written determination. The notice of appeal must include the reason for the appeal and any information that the appellant wishes the city council to consider in a review of the chief of police's or his designee's determination. The chief of police or his designee shall provide a written response to the city council and appellant within ten days after receipt of the notice of appeal. The city council may either set the appeal to be heard at the next regular scheduled meeting of the city council, or the city council may instead decide the appeal on the basis of the written information provided by the appellant and the chief of police or his designee at the city council's sole discretion. The city council shall issue a written determination to the appellant and the chief of police or his designee within 60 days of receipt of the notice of appeal. The written determination of the city council shall be a final decision.
- E. Permits issued under the provisions of this title may be immediately revoked by the chief of police or any other law enforcement officer for any of the following causes:
    1. Fraud, misrepresentation, false statement contained in the application for the permit;
    2. Any violation of this title;
    3. Any violation of the conditions contained in the permit as issued.

    Notice of the revocation of the permit shall be given in writing, setting forth specifically the grounds for revocation. Such notice shall either be mailed, postage prepaid, to the permittee at his last known address or shall be served upon the permittee by any local law enforcement officer.

- F. The chief of police or his designee is authorized to enter upon the property of the premises of any permittee to ascertain and secure compliance with the provisions of this title and the permit issued to permittee.

(Code 1992, § 6.04.030; Ord. No. 9-1998, § 1, 1998; Ord. No. 20-2002, 2002; Ord. No. 4-2018, § 1, 6-18-2018; Ord. No. 6-2020, § 1, 12-7-2020)

06/07/2025

City Council Members and Police Chief Rhea:

    I would like to appeal the decision from the Chief of Police; stating I cannot keep my companion goat. She is not livestock, kept strictly as an emotional support animal and part of our family. She is no larger than a small dog and will remain this way. Porsche Lane, is a Nigerian dwarf pygmy teacup companion goat. I am in the process of making her my Emotional Support animal.

    When we purchased our home, we were told by our Real Estate Agent, with it being on the edge of town, the size of the lot and in a light industrial area, there should be no issues getting specialty breeds of small cows or goats. If we had known otherwise, we would have continued looking elsewhere.

    Due to us recently purchasing our home we must wait at least 2 years to purchase a new home outside of city limits. We are actively looking for a rental outside of town until then.

    Porsche travels with me and lives indoors the majority of the time. I had already spoken with our neighbors (they plan to write letters to support Porsche; that will be attached) and they actually adore her and have no problem with her. She's nothing of a noise issue, especially compared to the dogs that bark all hours of the night and the pipes that are dropped and shake our entire houses.

    The Chief mentioned the only reason he declined Porsche's permit was due to the wording of the ordinance because it said "no goats". I'm asking for you to consider a 3–5-year grace period exception for Porsche Lane; so that she may remain with me, while we work to get housing outside of city limits. She is part of our family. Thank you for your time and consideration.

Regards,
Venus Bontadelli



Recieved 6/12/25



# Powell Police Department

*James H. Rhea, Chief of Police*

*"In Pursuit of Justice, Peace, and Order"*

**FROM:** James H. Rhea

**DATE:** June 4, 2025

**SUBJECT:** Wild Animal / Exotic Pet Application Declination

Good morning, Mrs. Bontadelli,

As a follow up to our conversation yesterday (June 3, 2025) at the Powell Police Department, I will be declining your City of Powell Exotic Pet Application, for your Nigerian pygmy teacup goat. Upon review of City ordinance and State statute, I have observed the following issues, which prevent approval at this time

1. Wyoming Statute *11-22-101 (a)(ii) Definitions*; *exceptions to provisions*

    (a) As used in this act:

    (i) "Board" means the Wyoming livestock board;

    (ii) **"Livestock" means horses, mules, cattle, swine, sheep and goats.** Bison are considered livestock unless otherwise designated by the board and the Wyoming game and fish commission;

2. Powell City Ordinance; *Sec. 6.04.010 (f). - Definitions.*
    a. **Household pet** means any trained or domesticated animal kept at a place of residence, **excluding horses, cows, sheep, goats,** pigs, animals of bovine genus, chickens, ducks, peacocks, turkeys, geese, fowl, rabbits, mink, chinchilla, snakes of over three feet in length or any venomous animal, venomous amphibian, venomous reptiles, venomous snakes, venomous lizards, venomous frogs and any such animals not ordinarily kept as household pets. Household pets include dogs, cats, canaries, parrots, and other small caged birds, hamsters, guinea pigs, and similar rodents, ferrets, fish, reptiles and other such species that normally would be kept at a dwelling, but does not include any species or animal capable of inflicting substantial physical harm to man.

With your goat being excluded as an acceptable household pet in City ordinance, and Wyoming Statute classifying goats as 'Livestock,' I do not see an avenue for approval outside of the appeal process. Included with this declination letter, is a copy of City ordinance 6.04.030, which describes the appeal process to seek approval for you animal through the Powell City Council.

Sincerely,



Jim Rhea
Chief of Police
Powell Police Department
250 N Clark Street
Powell, WY 82435
(307) 754-2212

June 12, 2025

Police Chief Rhea and Powell City Council Members,

I am writing to you on behave of Venus Bontadelli and her pet companion goat Porsche Lane.

I have lived at my residence for five year and the noises around us include the oil pipes in the summit yard across the street being dropped on a regular bases and shaking the house. We also have neighbor hood dogs that are constantly barking making life outside very noisy and sometimes unpleasant.

On the other hand, just two doors away, I also get to enjoy the gentle sound of Prosche when I am out gardening or just enjoying my back yard. I like to listen to her when she is out. She is not outside all of the time, she is after all a pet and not livestock in the way many goats are.

It would be very nice to have her remain as a part of our neighborhood as much of what we hear all day long is loud metal pipes being dropped into a dumpster or the constant sound of the industrial air conditioners from the buildings around us. She is a pleasure not an annoyance.

Thank you for considering allowing this precious beautiful companion to remain with her family.

With respect,

Yvonne Crowhurst

*[signature]*
6/12/25

Noah Faxon
1148 E Adams St
Powell WY, 82435

I'm writing as a neighbor and resident on Adams Street. I'd like to express my support for the return of my neighbors goat. As someone who lives on the east side of them, I want to sincerely share that I have never had any issue with the goat. In fact its been a positive addition to the neighborhood. The goat has been quiet and well cared for, and poses no disruption or nuisance. I believe there is room for flexibility when the situation is peaceful, responsible, and supported as this one is.

Thank You!
Noah



— even smaller as she's a dwarf Pygmy teacup specialty breed.







# CITY OF POWELL
# WILD ANIMAL/EXOTIC PET APPLICATION

This application is to be completed for consideration in the keeping of any animal not classified as a "Household Pet" as per Section 6.04.010, 17.04.300, and other applicable sections of the Powell City Code.

Name: __Venus Bontadelli___ Phone: __530 776 7864__ (home)

Address: __1130 Adams St._____ _____ (work)
(Wild animal/exotic pet location)

Current Home Address: __1130 Adams St._____ Own _X_ Rent ___

How long at current address? __1 yr.__

Currently reside in: House _X_  Apartment ___  Mobile Home ___  Other ___

If you rent/lease property: Name of property owner/manager: _____

Address: _____

Authorization of property owner/manager to house wild/exotic animal:
__Bontadelli_____                  _____
(Signature)                                      (Date)

Species of animal(s) you are requesting to possess:
__Nigerian pygmy teacup goat__ (She's 10#'s stays under 20#'s) (only if fat)

Number of Animals: _1_   Gender: Male ___   Female _X_

Do you intend to breed this animal? Yes ___  No _X_

Do you have children living with you? Yes ___  No _X_

If yes, ages: _____

This animal will spend most of its time: Indoors _X_  Outdoors ___   10°-530° outside @ the most indoors mostly, except if a work until family gets home

This animal will sleep: Indoors _X_  Outdoors ___

Do you have other pets: Yes _X_  No ___   Type: __Dogp, cat & chickens__

Is your wild/exotic pet vaccinated: Yes ___  No _X_ not yet

Name of Veterinarian: _____

Is you pet licensed? Yes ___  No _X_ ?

Page 1 of 2



# Powell Police Department

*James H. Rhea, Chief of Police*

"In *Pursuit of Justice, Peace, and Order*"

**FROM:** James H. Rhea

**DATE:** June 4, 2025

**SUBJECT:** Wild Animal / Exotic Pet Application Declination

Good morning, Mrs. Bontadelli,

As a follow up to our conversation yesterday (June 3, 2025) at the Powell Police Department, I will be declining your City of Powell Exotic Pet Application, for your Nigerian pygmy teacup goat. Upon review of City ordinance and State statute, I have observed the following issues, which prevent approval at this time

1. Wyoming Statute *11-22-101 (a)(ii) Definitions; exceptions to provisions*

    (a) As used in this act:

    (i) "Board" means the Wyoming livestock board;

    (ii) **"Livestock" means horses, mules, cattle, swine, sheep and goats**. Bison are considered livestock unless otherwise designated by the board and the Wyoming game and fish commission;

2. Powell City Ordinance; *Sec. 6.04.010 (f). - Definitions.*
    a. **Household pet** means any trained or domesticated animal kept at a place of residence, **excluding** **horses, cows, sheep, goats,** pigs, animals of bovine genus, chickens, ducks, peacocks, turkeys, geese, fowl, rabbits, mink, chinchilla, snakes of over three feet in length or any venomous animal, venomous amphibian, venomous reptiles, venomous snakes, venomous lizards, venomous frogs and any such animals not ordinarily kept as household pets. Household pets include dogs, cats, canaries, parrots, and other small caged birds, hamsters, guinea pigs, and similar rodents, ferrets, fish, reptiles and other such species that normally would be kept at a dwelling, but does not include any species or animal capable of inflicting substantial physical harm to man.

With your goat being excluded as an acceptable household pet in City ordinance, and Wyoming Statute classifying goats as 'Livestock,' I do not see an avenue for approval outside of the appeal process. Included with this declination letter, is a copy of City ordinance 6.04.030, which describes the appeal process to seek approval for you animal through the Powell City Council.

Sincerely,



Jim Rhea
Chief of Police
Powell Police Department
250 N Clark Street
Powell, WY 82435
(307) 754-2212

250 North Clark Street • Powell, Wyoming 82435
Ph (307) 754-2212 • Fax (307) 754-2214

Sec. 6.04.010. - Definitions.

The following words, terms and phrases, when used in this title, shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

*Animal* means any living creature, domestic or wild.

*Animal warden* means any officer of the city designated by the city council to enforce the provisions of this title.

*At large* means off the premises of the owner, and not controlled either by leash, cord, chain or otherwise.

*Dog* means every canine male or female.

*Household pet* means any trained or domesticated animal kept at a place of residence, excluding horses, cows, sheep, goats, pigs, animals of bovine genus, chickens, ducks, peacocks, turkeys, geese, fowl, rabbits, mink, chinchilla, snakes of over three feet in length or any venomous animal, venomous amphibian, venomous reptiles, venomous snakes, venomous lizards, venomous frogs and any such animals not ordinarily kept as household pets. Household pets include dogs, cats, canaries, parrots, and other small caged birds, hamsters, guinea pigs, and similar rodents, ferrets, fish, reptiles and other such species that normally would be kept at a dwelling, but does not include any species or animal capable of inflicting substantial physical harm to man.

*Owner* means any person owning, keeping, harboring, maintaining or having custody of or being in charge of a dog or other animal.

*Vicious animal* means any animal which attacks or rushes, bites, snaps, growls or snarls at or otherwise menaces persons, other animals or vehicles, in any public or private place outside the premises of its owner or keeper, or shows a disposition to do any of the foregoing without provocation or excuse.

*Vicious dog* means any dog which attacks or rushes, bites, snaps, growls or snarls at or otherwise menaces persons, other animals or vehicles, in any public or private place outside the premises of its owner or keeper, or shows a disposition to do any of the foregoing without provocation or excuse.

(Code 1992, § 6.04.010)

Sec. 6.04.030. - Restrictions on animals within city limits; wild animals prohibited; exceptions.

    A. Except as otherwise provided for herein, it is unlawful for any person to be the owner or possessor of any wild animal or exotic pet within the corporate city limits, except that this section shall not apply to the keeping of household pets, small caged birds or aquatic, amphibian or non-poisonous reptilian animals, or such small rodents as hamsters, guinea pigs or gerbils solely as pets, within the limitations contained in the zoning ordinances of the city, nor shall it apply to the

temporary housing of animals at the county fairgrounds or at the campus of Northwest College, or at Park County School District No. 1 High School facility, during exhibitions, demonstrations, classes and educational and recreational activities for which animals are required, nor shall this section apply to any private or governmental research laboratories, the city animal shelter or the temporary housing of animals for treatment at veterinary clinics located within the city, nor shall this section apply to the keeping and slaughtering of animals at an approved commercial slaughter house pursuant to and in accordance with section 6.04.080 of the Powell City Code.

- B. The keeping of any animal in violation of this section, or keeping of any animal under the exceptions hereto, in such a manner as to create unsanitary, unhealthy or malodorous conditions is declared to be a nuisance.
- C. The city may authorize in writing, the possession of specific wild or exotic animals to be kept within the corporate city limits, provided said wild or exotic animals are nonvenomous, subject to the following provisions:
  1. A wild animal/exotic pet request form, provided by the city clerk, must be completed and submitted to the city police department. A separate form shall be submitted for each species.
  2. At the time that the wild animal/exotic pet form is submitted to the police department, the applicant must attach a current copy of the importation/possession permit issued by the state game and fish department or any and all other permits or other documentation required pursuant to any applicable local, state or federal law, rule or other regulation, for each and every subject animal, if applicable.
  3. Within 30 days following the submission of the completed wild animal/exotic pet request form to the police department, the chief of police or his designee shall issue a written determination either approving or disapproving the request. the police department may issue a conditional approval subject to reasonable conditions or requirements being agreed to and/or met by the applicant. The written determination shall be mailed to the applicant at the address as set forth on the request form.
  4. Any approval allowing for the possession of any wild animal/exotic pet shall be site specific allowing for the possession of any such animal only at the address set forth on the wild animal/exotic pet request form. Any change in the owner's address shall require the owner to reapply for permission to possess the subject specific wild/exotic animal by completing and submitting to the city an additional request form.
- D. Any appeal from the chief of police or his designee's determination shall be made in writing to the city council. The appellant must provide written notice of his appeal to the council and the chief of police within ten days after the chief of police or his designee issues the written determination. The notice of appeal must include the reason for the appeal and any information that the appellant wishes the city council to consider in a review of the chief of police's or his designee's

determination. The chief of police or his designee shall provide a written response to the city council and appellant within ten days after receipt of the notice of appeal. The city council may either set the appeal to be heard at the next regular scheduled meeting of the city council, or the city council may instead decide the appeal on the basis of the written information provided by the appellant and the chief of police or his designee at the city council's sole discretion. The city council shall issue a written determination to the appellant and the chief of police or his designee within 60 days of receipt of the notice of appeal. The written determination of the city council shall be a final decision.

E. Permits issued under the provisions of this title may be immediately revoked by the chief of police or any other law enforcement officer for any of the following causes:
1. Fraud, misrepresentation, false statement contained in the application for the permit;
2. Any violation of this title;
3. Any violation of the conditions contained in the permit as issued.

Notice of the revocation of the permit shall be given in writing, setting forth specifically the grounds for revocation. Such notice shall either be mailed, postage prepaid, to the permittee at his last known address or shall be served upon the permittee by any local law enforcement officer.

F. The chief of police or his designee is authorized to enter upon the property of the premises of any permittee to ascertain and secure compliance with the provisions of this title and the permit issued to permittee.

(Code 1992, § 6.04.030; Ord. No. 9-1998, § 1, 1998; Ord. No. 20-2002, 2002; Ord. No. 4-2018, § 1, 6-18-2018; Ord. No. 6-2020, § 1, 12-7-2020)