# Exhibit 2

City Council Proceedings
July 7, 2025

The governing body of the City of Powell met in regular session at 6:00 p.m. on July 7, 2025, in the Council Chambers of City Hall. Mayor John Wetzel called the meeting to order, and the following were present: Council Members Tim Sapp, Steven Lensegrav, Zane Logan, Geoff Hovivian and Troy Bray.  City Officials: Administrator Zack Thorington, City Clerk Tiffany Brando, Building Official Ben Hubbard and City Attorney Alexa Rolin.

Approval of Agenda: Councilman Logan moved to approve the agenda as presented, seconded by Councilman Sapp, unanimous approval, MOTION CARRIED.

Approval of June 16, 2025 Minutes:  Councilman Bray moved to approve as presented, seconded by Councilman Lensegrav, unanimous approval, MOTION CARRIED.

Bills and Claims: Councilman Lensegrav made a motion the bills be allowed and authorize the Treasurer to draw warrants for payment of the same, seconded by Councilman Hovivian, unanimous approval, MOTION CARRIED.

Request for Appeal Exotic Animal Denial: Venus Bontadelli spoke on here request under code section 6.04.030 for an exemption for her pygmy goat Porsche.  She stated she was working on getting her certified as an emotional support animal and has since stopped until she knows if she can keep her.  She is asking for an exemption for 2-5 yrs until they can relocate outside city limits, presented letters of support from neighbors and stated the animal will be 20lbs full grown.  Mayor Wetzel discussed the difficulty in making an exception, and councilman Troy stated he would possibly consider an ordinance change in the future.  Councilman Lensegrav stated the ordinance is clear on goats.  Councilman Bray moved to deny the appeal, seconded by Councilman Logan, unanimous approval, MOTION CARRIED.

Request Waiver of Fees: 24-hour softball tournament fees for Celebrities for a Cause.  Councilman Lensegrav indicated they have waived in the past.  Councilman Logan moved to approve the waiver of fees, seconded by Councilman Sapp, unanimous approval, MOTION CARRIED.

Committee Updates: Councilman Hovivian Airport Board and review airport master plan before July 21st meeting.  Building Official Hubbard also spoke on the report.  Councilman Lensegrav Recreation Board.

Ordinance No. 6, 2025: Attorney Rolin read by title – An Ordinance to Amend Section 10.08.010 of the Powell City Code Pertaining to the Incorporation of the Uniform Act Regulating Traffic on Highways.  Councilman Lensegrav moved to approve on third and final reading and authorize all necessary signatures, seconded by Councilman Sapp, unanimous approval, MOTION CARRIED.

Ordinance No. 7, 2025: Attorney Rolin read by title – An Ordinance to Amend the Ordinance Section 9.08.00 of the Powell City Code Pertaining to Disorderly Conduct.  Councilman Hovivian moved to approve on third and final reading and authorize all necessary signatures, seconded by Councilman Logan, unanimous approval, MOTION CARRIED.

Ordinance No. 8, 2025: Attorney Rolin read by title – An Ordinance to Pertaining to the Adoption of the Municipal Drug Paraphernalia Ordinance into Chapter 9, Section 8 of the Powell City Code. Councilman Lensegrav moved to approve on third and final reading and authorize all necessary signatures, seconded by Councilman Bray, unanimous approval, MOTION CARRIED.

Ordinance No. 9, 2025: Attorney Rolin read by title – An Ordinance to Repeal Ordinance Section 9.12.040 of the Powell City Code Pertaining to Disturbing the Peace.  Councilman Bray moved to approve on third and final reading and authorize all necessary signatures, seconded by Councilman Logan, unanimous approval, MOTION CARRIED.

Ordinance No. 10, 2025: Attorney Rolin read by title – An Ordinance Pertaining to the Adoption of the Municipal Criminal Trespass Ordinance into Chapter 9, Section 16 of the Powell City Code. Councilman Bray moved to approve on third and final reading and authorize all necessary signatures, seconded by Councilman Logan, unanimous approval, MOTION CARRIED.

Ordinance No. 11, 2025: Attorney Rolin read by title – An Ordinance to Repeal Sections 10.28.010 and 10.32.010 of the Powell City Code Pertaining to the Adoption of Wyoming State Statutes on Seat Belts and Child Safety Restraints.  Councilman Lensegrav moved to approve on second reading, seconded by Councilman Hovivian, unanimous approval, MOTION CARRIED.

Ordinance No. 12, 2025: Attorney Rolin read by title – An Ordinance to Amend Section 5.08.110 of the Powell City Code Pertaining to Minors on Secured Patios In the City of Powell, Wyoming. Councilman Hovivian moved to approve on second reading, seconded by Councilman Bray, unanimous approval, MOTION CARRIED.

Ordinance No. 13, 2025: Attorney Rolin read by title – An Ordinance to Amend Section 5.08.250 of the Powell City Code Pertaining to the Secured Patios Allowing for Permits for Alcohol to be Served Without a Commercial Kitchen. Councilman Hovivian moved to approve on second reading, seconded by Councilman Bray, unanimous approval, MOTION CARRIED.

WYDOT Permit to Appraise Property – HWY 14A: Administrator Thorington discussed the planned mill and overlay from Blairs to Ralston and this is needed to authorize use and purchase as needed for updated ADA on sidewalks. Councilman Lensegrav moved to approve and authorize necessary signatures, seconded by Councilman Bray, unanimous approval, MOTION CARRIED.

Independent Fee Estimate Contract 2026 Runway Rehab Project: Administrator Thorington updated on the IFE as required for the FAA for the grant. Councilman Bray moved to approve and authorize necessary signatures, seconded by Councilman Logan, unanimous approval, MOTION CARRIED.

Personnel Policy Updates Chapter III – 3.6; Chapter IV – 4.2: Administrator Thorington gave an overview of the policy changes presented in regard to an updated evaluation process for the city. Councilman Bray stated after review he agreed with the updates. Councilman Bray moved to approve, seconded by Councilman Hovivian, unanimous approval, MOTION CARRIED.

Tap Master Agreement: Administrator Thorington discussed for a credit account and recently used for inserta valve, they did a great job and would like to use in the future. Councilman Lensegrav moved to approve and authorize all necessary signatures, seconded by Councilman Hovivian, unanimous approval, MOTION CARRIED.

Adjourn: There being no further business to be considered at this meeting; Councilman Hovivian moved to adjourn, seconded by Councilman Bray, unanimous approval, MOTION CARRIED. Mayor Wetzel adjourned the regular meeting at 6:28 p.m.

APPROVED:

_____
Mayor

ATTEST:

_____
City Clerk