# Exhibit 3

 Outlook

---------- Forwarded message ---------
From: **Tiffany Brando** <tbrando@cityofpowell.com>
Date: Fri, Aug 15, 2025, 8:29 AM
Subject: Minutes for your Records
To: Venus Bontadelli <bontadellibunch@gmail.com>


Attached you will find the official signed minutes of the council meeting. This is the written determination from the council. If you have any questions, please let me know. I did have our IT look into the email issue, and I believe it has been resolved.

I am sending as a high priority just in case.

Thank you and have a good weekend.

# Tiffany

Tiffany Brando, MMC, SHRM-CP

City Clerk, Human Resouce Manager

270 N Clark St.

Powell, WY 82435

www.cityofpowell.com

office: 307-754-6903

fax: 307-754-5385

All City of Powell electronic correspondence and attachments may be subject to public disclosure.