Thomas A. Thompson [Wyo. State Bar No. 6-2640]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
tthompson@lglp.net

Attorney for Defendant City of Powell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VENUS BONTADELLI, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 25-CV-00253-SWS |
| CITY OF POWELL, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

**COME NOW,** the Defendant, City of Powell hereby moves this Court for an order granting Defendant up to, and including, December 17, 2025, to answer or otherwise respond to Plaintiff's complaint (ECF No. 1). In support thereof, Defendant submits the following:

1. Plaintiff served Defendant with her Complaint on November 12, 2025.

2. Defendant still has time to timely file an answer or otherwise respond since its response is not due until December 3, 2025.

3. This is the first extension of time to answer or otherwise respond that Defendant has requested.

4. Counsel for the Defendant needs additional time to review the complaint in this matter, discuss the facts with his client and prepare an answer or otherwise respond to Plaintiff's allegations.

5. Undersigned has conferred with opposing counsel, and counsel for the Plaintiff does not object to the two (2) week extension of time to answer.

**WHEREFORE,** Defendant requests that this Court enter an order granting the City of Powell until December 17, 2025, to answer or otherwise respond to Plaintiff's complaint.

**DATED** this 24th day of November 2025.

                                         */s/ Thomas A. Thompson*
                                         Thomas A. Thompson

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of Court and served other parties by the following means on this 24th day of November 2025:

| | | |
|---|---|---|
| Austin W. Waisanen<br>Pacific Legal Foundation<br>AWaisanen@pacificlegal.org | [✓] | CM-ECF<br>E-MAIL |
| | | |
| Bridget Conlan<br>Pacific Legal Foundation<br>bconlan@pacificlegal.org | [✓] | CM-ECF<br>E-MAIL |

                                              */s/ MaryBeth Oatsvall*
                                              MaryBeth Oatsvall
                Wyoming Local Government Liability Pool