Thomas A. Thompson [Wyo. State Bar No. 6-2640]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
tthompson@lglp.net

Attorney for Defendant City of Powell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| VENUS BONTADELLI, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 25-CV-00253-SWS |
| CITY OF POWELL, | ) ) ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

**COMES NOW,** the Defendant, City of Powell and hereby moves this Court for an order granting Defendant up to, and including, January 9, 2026, to answer or otherwise respond to Plaintiff's complaint (ECF No. 1). In support thereof, Defendant states as follows:

1. Plaintiff served Defendant with her Complaint on November 12, 2025.

2. On November 24, 2025, Defendant filed its Unopposed Motion for First Extension of Time to Answer or Otherwise Respond (ECF No. 8).

3. On November 25, 2025, this Court entered its Order Granting Defendant's Unopposed Motion for First Extension of Time to Answer or Otherwise Respond and ordered Defendant to file its answer or otherwise respond to Plaintiff's complaint on or before December 17, 2025 (ECF No. 9).

4. The parties are discussing a possible resolution of this matter without further litigation.

5. Counsel for the respective parties have agreed that an extension of the answer or responsive pleading deadlines up to and including January 9, 2026, is appropriate under the circumstances.

6. This is the second extension of time to answer or otherwise respond that Defendant has requested.

7. Undersigned counsel has conferred with opposing counsel, and counsel for the Plaintiff does not object to the second extension of time to answer or otherwise file a responsive pleading.

**WHEREFORE,** Defendant requests that this Court enter an order granting the Defendant up to and including January 9, 2026, to answer or otherwise respond to Plaintiff's complaint.

**DATED** this 10th day of December 2025.

                                   */s/ Thomas A. Thompson*
                                   Thomas A. Thompson

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court and served other parties by the following means on this 10th day of December 2025:

| | | |
|---|---|---|
| Austin W. Waisanen<br>Pacific Legal Foundation<br>AWaisanen@pacificlegal.org | [✓] | CM-ECF<br>E-MAIL |
| | | |
| Bridget Conlan<br>Pacific Legal Foundation<br>bconlan@pacificlegal.org | [✓] | CM-ECF<br>E-MAIL |

*/s/ MaryBeth Oatsvall*
MaryBeth Oatsvall
Wyoming Local Government Liability Pool