### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VENUS BONTADELLI,            ) | |
|                   Plaintiff,   ) | |
| vs.                                                 ) | Case No. 25-CV-00253-SWS |
| CITY OF POWELL,              ) | |
|                   Defendant.   ) | |

### JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT: Plaintiff Venus Bontadelli and Defendant City of Powell hereby notify the Court that they have settled this matter and that upon execution of the settlement agreement and motion to dismiss complaint with prejudice, no further proceedings before the Court in this matter shall be necessary.

Dated this 8th day of January, 2026.

| | |
|---|---|
| /s/Thomas A. Thompson | /s/ Austin W. Waisanen |
| Thomas A. Thompson | AUSTIN W. WAISANEN, WSB # 8-7023 |
| [Wyo. State Bar No. 6-2640] | Email: awaisanen@pacificlegal.org |
| Wyoming Local Government Liability Pool | Pacific Legal Foundation |
| 6844 Yellowtail Road | 508 17th Street |
| Cheyenne, Wyoming 82009 | Cody, Wyoming 82414 |
| (307) 638-1911 | Telephone: (916) 419-7111 |
| (307) 638-6211 Facsimile | Facsimile: (916) 419-7747 |
| tthompson@lglp.net | *Attorney For Plaintiff Venus Bontadelli* |
| *Attorney for Defendant City of Powell* | |